No. 00–6029.  RAGSDALE ET AL. *v.* WOLVERINE WORLD WIDE, INC.  C. A. 8th Cir.  The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 00–6420.  CHUTE *v.* EQUIFAX CREDIT INFORMATION SERVICES, INC.  C. A. 9th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* denied.  Petitioner is allowed until December 4, 2000, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 00–6623.  IN RE AUCOIN.  Petition for writ of habeas corpus denied.

No. 99–1977.  SAUCIER *v.* KATZ ET AL.  C. A. 9th Cir.  Certiorari granted.

No. 00–121.  DUNCAN, SUPERINTENDENT, GREAT MEADOW CORRECTIONAL FACILITY *v.* WALKER.  C. A. 2d Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari granted limited to Question 1 presented by the petition.

No. 99–2059.  WALLACE, DBA VIDEO LIQUIDATORS *v.* SHEPPARD, DEPARTMENT OF PUBLIC SAFETY AGENT, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 99–8819.  WEBSTER *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 99–9368.  BARNWELL *v.* COWAN, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 99–9460.  HINSON *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 99–9927.  LOMBERA-CAMORLINGA *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.